235 F.2d 480
 Helen GRUNDMAN, Widow of Hilbert F. Grundman, Deceased,
v.
CHICAGO, ROCK ISLAND & PACIFIC RAILROAD COMPANY, a corporation.
 No. 5414.
 United States Court of Appeals Tenth Circuit.
 June 28, 1956.
 
 Foulston, Siefkin, Schoeppel, Bartlett & Powers, Wichita, Kan., for appellant.
 Lilleston, Spradling, Gott & Stallwitz, Wichita, Kan., and Clayton M. Davis and Mark L. Bennett, Topeka, kan., for appellee.
 Before BRATTON, Chief Judge, and PHILLIPS, Circuit Judge.
 PER CURIAM.
 
 
 1
 Dismissed pursuant to stipulation of the parties.